# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., *Plaintiff*, vs. PANASONIC HOLDINGS CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA, *Defendants*. | Civil Action No.: 2:22-cv-430-JRG-RSP |

## AGREED MOTION TO STAY AND NOTICE OF SETTLEMENT

Plaintiff Network-1 Technologies, Inc., with the agreement of Defendants Panasonic Holdings Corporation and Panasonic Corporation of North America have settled, in principle, all matters in controversy in the above-captioned action between the parties. Accordingly, Plaintiff respectfully moves the Court to stay any and all unreached deadlines in this action and the entry of a Docket Control Order for sixty (60) days in order to finalize the settlement of this matter and file appropriate dismissal papers. The parties seek this extend period to finalize settlement because of time-zone and translation delays required to consider and respond to communications with Defendants' necessary client representatives in Japan.

A proposed order is submitted herewith.

Date: February 15, 2023

Respectfully submitted,

/s/ Gregory Dovel by permission
Wesley Hill
Gregory Dovel (SBN 135387)
LEAD ATTORNEY
email: greg@dovel.com
Richard Lyon (SBN 229288)
email: rick@dovel.com
DOVEL & LUNER, LLP

-1-

-2-

201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310-656-7066

Wesley Hill
Texas Bar No. 24032294
E-mail: wh@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF NETWORK-1 TECHNOLOGIES, INC.**

-3-

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff has discussed this motion with Defendants' counsel, who has agreed to the relief sought in this motion.

/s/ Wesley Hill

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 15th day of February, 2023.

/s/ Wesley Hill