IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Case No. 2:22-cv-00430-JRG-RSP <br> PANASONIC HOLDINGS CORPORATION § <br> and PANASONIC CORPORATION OF § <br> NORTH AMERICA, § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is Plaintiff Network-1 Technologies, Inc.'s Agreed Motion to Stay and Notice of Settlement. **Dkt. No. 11**. Network-1 Technologies, Inc., with the agreement of Defendants Panasonic Holdings Corporation and Panasonic Corporation of North America, represents that the parties have settled all matters in controversy in the above-captioned action.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that this case is STAYED through April 17, 2023, by which time the parties shall file dismissal papers.

**SIGNED this 16th day of February, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE