UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>vs.<br><br>PANASONIC HOLDINGS CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA,<br><br>*Defendants*. | Civil Action No.: 2:22-cv-430-JRG-RSP |

## PLAINTIFF'S AGREED MOTION TO DISMISS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Network-1 Technologies, Inc., with the agreement of Defendants Panasonic Holdings Corporation and Panasonic Corporation of North America, (collectively, the "Parties") have settled, in principle, all matters in controversy in the above-captioned action between the Parties. Accordingly, Plaintiff, with Defendants agreement, moves this Court to dismiss the action with prejudice.

Plaintiff further moves by agreement the Court to order that the Parties shall bear their own costs and expenses relating to this litigation (including but not limited to attorneys' and expert fees and expenses).

A proposed Order is filed concurrently herewith.

1

| Date: April 5, 2023 | Respectfully submitted, |
|---|---|
| | /s/ Gregory Dovel by permission |
| | Wesley Hill |
| | Gregory Dovel (SBN 135387) |
| | LEAD ATTORNEY |
| | email: greg@dovel.com |
| | Richard Lyon (SBN 229288) |
| | email: rick@dovel.com |
| | DOVEL & LUNER, LLP |
| | 201 Santa Monica Blvd., Suite 600 |
| | Santa Monica, CA 90401 |
| | Tel: 310-656-7066 |
| | |
| | Wesley Hill |
| | Texas Bar No. 24032294 |
| | E-mail: wh@wsfirm.com |
| | WARD, SMITH & HILL, PLLC |
| | 1507 Bill Owens Parkway |
| | Longview, Texas 75604 |
| | Telephone: (903) 757-6400 |
| | Fax: (903) 757-2323 |
| | |
| | **ATTORNEYS FOR PLAINTIFF NETWORK-1 TECHNOLOGIES, INC.** |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this motion to dismiss. The relief sought in this motion is agreed upon.

/s/ Wesley Hill

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 5th day of April, 2023.

/s/ Wesley Hill