## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:22-cv-00430-JRG-RSP |
| PANASONIC HOLDINGS CORPORATION | § | |
| and PANASONIC CORPORATION OF | § | |
| NORTH AMERICA, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Network-1 Technologies, Inc. ("Plaintiff") and Defendants Panasonic Holdings Corporation and Panasonic Corporation of North America ("Defendants"). (Dkt. No. 13.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of this action with prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and expenses relating to this litigation. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 10th day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE